IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Brittany Jo Bruce, | ) | Case No. 1:22-cr-024 |
| | ) | |
| Defendant. | ) | |

On March 15, 2022, the court issued an order conditionally releasing defendant to the Summit Prairie Recovery Center ("Summit") on Raleigh, North Dakota, so at she could participate in its treatment program. (Doc. No. 38). On May 11, 2022, defendant filed motion to amend to her release conditions to permit her reside at Blessed Builders in Bismarck, North Dakota, following her anticipated discharge from Summit on May 16, 2022. (Doc. No. 43). On May 12, 2022, the court issued an order granting her motion and modifying her release conditions. (Doc. No. 44).

On May 16, 2022, defendant filed a amended motion to amend her release conditions. (Doc. No. 45). Therein she advised that she expects to be discharged from Summit on May 23 as opposed to May 16, 2022.

The court **GRANTS** defendant's amended motion (Doc. No. 45) and modifies defendant's release conditions as follows:

(1)   Defendant shall not violate federal, state, tribal, or local law while on release.

(2)   Defendant shall appear in court as required and surrender for any sentence imposed.

(3)   Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute,

      unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(4)    Defendant shall report to the Probation Officer at such times and in such manner as designated by the Officer.

(5)    Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6)    Defendant shall reside at Summit's treatment facility, fully participate in its programming, and comply with all of its rules and regulations.

(7)    Upon her discharge from Summit, defendant shall immediately report to and reside at Blessed Builders in Bismarck. She shall fully participate in aftercare and comply with all of Blessed Builders rules and regulations. She shall contact Pretrial Services Officer Christine Argall at (701) 530-2407 when she arrives at Blessed Builders.

(8)    Defendant shall sign all releases of information requested by the Probation Officer so that her progress and participation in treatment and aftercare may be monitored.

(9)    Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(10)    Defendant shall not knowingly or intentionally have any direct or indirect contact

with any co-defendants, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

**IT IS SO ORDERED.**

Dated this 17th day of May, 2022.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court